**Exhibit A to the Complaint**

**Location:** Fort Lee, NJ  
**Total Works Infringed:** 36  

**IP Address:** 100.35.77.47  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 866285F22BDD2737EDF8CC6F918384BB5749309D<br>File Hash: 2F22B3E69FAD1D95051101B391D6CF35011F1FCB44BDB4AD188F9FB4552CE2D0 | 06-19-2021 22:44:35 | Vixen | 08-22-2019 | 09-17-2019 | PA0002216215 |
| 2 | Info Hash: 11078821AF3FDBEC7D2F9F4ECD2C73CFA0053564<br>File Hash: CB74511458C7F117CFE2671A1C5BBC5A96AD86834E28022A0D03674857280BE1 | 06-18-2021 17:08:25 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 3 | Info Hash: F237CEE3EEB20C5DA4ABE9E7CFE3CCAFA7C73412<br>File Hash: 39619C25B630FF8BDD2D108E90746D22ECE3F0CEDA752790894A93EDC8CD789C | 06-17-2021 16:37:10 | Blacked | 04-30-2019 | 06-03-2019 | PA0002178774 |
| 4 | Info Hash: 8CE36676D14129251EBFA56A635011ED87EDB25B<br>File Hash: 7775D71A7094851F70ACF9B86B0F31E7872D284EF70C478D60F813564C87D955 | 05-30-2021 20:11:22 | Blacked | 01-10-2018 | 01-15-2018 | PA0002070942 |
| 5 | Info Hash: A82D1B0424E96719DD9332D81EA397519AE08A2A<br>File Hash: EABC7CE77B5A50F481FE10F21CEDD25DBB3CF4163AE5C15DDF838F13D0590DC5 | 05-30-2021 13:48:05 | Vixen | 12-25-2017 | 01-15-2018 | PA0002099686 |
| 6 | Info Hash: DE76424EBE653EFB78920C417AA004896CA39985<br>File Hash: 52D76523A1F94791C146EDDE9BFC32CE235A58B9E31FDB80B83AB52EDFF94B81 | 05-23-2021 16:13:04 | Vixen | 04-29-2018 | 06-19-2018 | PA0002126677 |
| 7 | Info Hash: 03D7C117BFA2412219C10D1C24574AD8EE30FF80<br>File Hash: C47847951A54A2FCFA29E23FF459938D253F03DCE51F911A8845BBEB41AA3833 | 05-13-2021 19:20:21 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 8 | Info Hash: B103DC0A7CBB5DA036563274CA5BA61E65EF822F<br>File Hash: 382280A5D367505B880A44810F2F6EDF4CE0BEB72B7FD8C0D59EE24938429AB6 | 05-12-2021 19:52:37 | Blacked Raw | 04-26-2021 | 06-09-2021 | PA0002295596 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 4C4DF30753288B57CC05809F384DB62CD7BF96B8<br>File Hash: 5265A410DC94F0A317C5B3B7B2F5080DF15DC3708A7BEBE440582A52AC146E1A | 05-12-2021 17:00:14 | Vixen | 01-19-2018 | 03-02-2018 | PA0002104769 |
| 10 | Info Hash: 4CCD158CB2585124DA79D0B30276F4BB4498A8CB<br>File Hash: 522B35A23D2C537C802673F5F28C39C05B84EEAF40E5AE6D2A1BF20F076042B5 | 05-12-2021 02:38:55 | Blacked Raw | 04-12-2018 | 06-18-2018 | PA0002126637 |
| 11 | Info Hash: BC64A028877BD06BD30DFF8B3D0C6C61145FA3CF<br>File Hash: F3C5F0F912A2629A60A82F46C86E0CD2953543B7EBD73649332D4082672C9731 | 05-11-2021 23:02:15 | Blacked Raw | 09-28-2020 | 10-22-2020 | PA0002261800 |
| 12 | Info Hash: C3557EE4CAF9EE9D7E6D96D460C365D85D571058<br>File Hash: 36C66D5117EC5DB61DAAF4BC82905B39929CCF8B54D96485C14C465B051A3DDD | 05-11-2021 19:55:28 | Vixen | 07-03-2020 | 07-16-2020 | PA0002248578 |
| 13 | Info Hash: D6D2B392126D182D1E11AF2DF73EA1753C0C5EE7<br>File Hash: BF8B167C5D3C3CB5CBF77297BEC09D0AFB6411B861159B1A48162BEE0674232C | 05-11-2021 19:54:41 | Blacked Raw | 02-08-2021 | 03-08-2021 | PA0002280363 |
| 14 | Info Hash: EA1DD8EEA22800180B0A6CB30B5CD5043531DA13<br>File Hash: B2340C0B4361F5119BC249F463062C20A845CC0D962E41CD209CB6DA33EC7B48 | 05-10-2021 23:06:55 | Tushy | 08-19-2019 | 08-26-2019 | PA0002213301 |
| 15 | Info Hash: F700A87262BADF901F940B6F6EF349CDFAA0C54C<br>File Hash: 3A79BF6AC5D5CBB5BD734154778272E4F9F37D109D34A0F4E902493C5E17ACB9 | 05-10-2021 23:06:51 | Vixen | 07-13-2018 | 08-07-2018 | PA0002131906 |
| 16 | Info Hash: 010D47EEE0C4400508A6A320A57F2C6CC2D57B61<br>File Hash: 337290D4DB1A7D7E8C30C7FA677F71F897DD2B8C35766BFC3E2F01EF69F07089 | 05-10-2021 19:53:39 | Vixen | 12-11-2020 | 01-04-2021 | PA0002277039 |
| 17 | Info Hash: DEE85E605BF33AB0496EF626BBDEB1AF0E46B5BE<br>File Hash: 0E8E3CE72BEDE23E38A9020D57BC07BBA0836DCA56D517A757B35A922AD222B2 | 05-10-2021 19:51:16 | Vixen | 06-12-2020 | 06-25-2020 | PA0002256359 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: D3155EA9638E1A75FB55C984B097DD22E5E48559<br>File Hash: 7AD03F4C262CB06B1021969BE24C175DD04C0D306329850285B3902192472D11 | 05-09-2021 13:29:18 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 19 | Info Hash: 957D9F2537B5444076709B211239B683A51C7F77<br>File Hash: D3ED799246670DD54C2CC02BE31F7F4FA6AABBDA769C79C46B2566914E88B25C | 05-07-2021 03:35:35 | Vixen | 01-14-2019 | 02-02-2019 | PA0002155387 |
| 20 | Info Hash: 0EC4175FCFC157B8828AA3E6E4CBC22A1C5021BB<br>File Hash: 63F92B11EA87CB78E0E2F75679BE458730A8CF25A88CC67F79402410A181362F | 05-06-2021 22:05:49 | Vixen | 10-26-2018 | 12-10-2018 | PA0002145824 |
| 21 | Info Hash: AF5F5B8A0CBE4517D8B9094382053364793E0B07<br>File Hash: F25027B6FF0C778172A1070478CD96421152D6B461643F984130226FC0ED6185 | 04-30-2021 18:25:06 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |
| 22 | Info Hash: 5A5A386D247C55F9F5A5CC9CBEF4E408B996A7FE<br>File Hash: 07474B7BD6BBA056FCA31DE6898C16B41654697B82865EEC9831927992159987 | 04-30-2021 18:23:51 | Tushy | 03-28-2021 | 04-27-2021 | PA0002288947 |
| 23 | Info Hash: 1F8C4B08841149F8D8D47FEAA83268DADB1C8D88<br>File Hash: 7ACB95544CC53B724028F63A3CB8D988FC1BEFFD543B9464A86C8695E4713AE5 | 04-30-2021 18:22:28 | Tushy | 04-04-2021 | 04-14-2021 | PA0002286714 |
| 24 | Info Hash: B998B7BDD041A7808D751C80B922943D169DCA90<br>File Hash: 90C3C43060083796BF2F4730B6F8BEC9003AC66F7E40A7453C3792A1778E5035 | 04-30-2021 18:21:01 | Tushy | 04-11-2021 | 04-27-2021 | PA0002288948 |
| 25 | Info Hash: E51231B920A4ACF7B2A707D79D1001B81EA464F8<br>File Hash: 69202153822A9FCA5FD896E7CAC6768099626E179B1312F2F55EB5FB8A481DB5 | 04-28-2021 17:29:55 | Tushy | 02-15-2020 | 03-15-2020 | PA0002240542 |
| 26 | Info Hash: 4C3623546583430C21484E5FB18F3BF8C2E91CCA<br>File Hash: B563FE0BAC28C96D571A81063BB62746ADB81D4D783703F3959A49592E5748FB | 04-27-2021 19:40:45 | Tushy | 11-17-2018 | 12-10-2018 | PA0002145827 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 49989F05E534A797DEFDCD909D70A53D89AA5E65<br>File Hash: 753C587471C5B5B46F3C970333FFAFBB54295D77E5B03FB59AC0747C04A8ABE4 | 04-27-2021 19:40:39 | Blacked | 03-11-2018 | 04-17-2018 | PA0002116091 |
| 28 | Info Hash: E509C2B78AE8610FC7D6AE56EAF4223CCC684C3C<br>File Hash: C18A196F93C213CE1B7C466F6C408CB3ADC682A0FC45BAF4178C1671166187BF | 04-27-2021 16:32:43 | Tushy | 02-10-2020 | 03-15-2020 | PA0002240548 |
| 29 | Info Hash: F7C25BAB3537FFF2CC9A0F482F0A101B9227308B<br>File Hash: CAD724871048A36174CAAB696A5F253EC6825C81A37567B15C403C661AD15191 | 04-27-2021 16:30:21 | Blacked Raw | 01-04-2021 | 02-02-2021 | PA0002280514 |
| 30 | Info Hash: EB9F16E1B8FD391D5514494B1D07B561E6F90F4B<br>File Hash: B6CA799AEEC80AE95C555D7B64B16725BE370625B1DC53758EC17946FE4D4D63 | 04-27-2021 16:14:21 | Vixen | 12-20-2019 | 02-03-2020 | PA0002225564 |
| 31 | Info Hash: 0EADDEAD674C02DF1F6937EA2B46CC6F34717213<br>File Hash: D12AD52DF486373A53D70B7F8CA375A1227EBFC17F1C23194B7C10A13321A538 | 04-24-2021 21:09:22 | Vixen | 05-15-2020 | 06-08-2020 | PA0002243648 |
| 32 | Info Hash: 90A1D7CB8B1164A9B39FF031F7F327E10DAF2221<br>File Hash: 4F5E9E0E11E4C06166F581F7E6719DD1E9D3DB561F994F8BD047F9AD7B9D4BED | 04-24-2021 20:31:23 | Blacked | 02-13-2021 | 02-26-2021 | PA0002283713 |
| 33 | Info Hash: 3213C1B60853D862D3017D7A7CF45B946166237A<br>File Hash: A949F6C46818DC5CE1EA29222AD83B720A868D2E62837F7E476618BB5C635947 | 04-24-2021 20:31:19 | Vixen | 11-20-2020 | 11-30-2020 | PA0002266357 |
| 34 | Info Hash: 2791B602839DE51AC667B48C695745A01FA54A8D<br>File Hash: 5A570A2E224189E70FAAA309F8F796A44C11D823ADA829737C859B18B5CAE08D | 04-24-2021 20:31:12 | Vixen | 12-25-2020 | 02-02-2021 | PA0002280511 |
| 35 | Info Hash: C487562810AFAA34065479089E493942708CBAF0<br>File Hash: 5AC68692228A3B2A3A25488CDD65D6450EB76077068E4307478F33FA90A1C6F3 | 04-17-2021 05:01:18 | Tushy | 01-03-2021 | 02-02-2021 | PA0002280504 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: A011B9289145DA1C21100D1FA8913F13781A346B<br>File Hash: 0BBFC94BEF9BB84B7283F475132353E78127A780D3A737E39CD8E8138FB39CD5 | 04-17-2021 05:00:59 | Tushy | 10-25-2020 | 11-24-2020 | PA0002265965 |